RECEIVED
Nov 9  11 39 AM '11

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | ) Case No. BK-S-02-23793 BTB |
| Boeltz, Claude V. | ) |
| Boeltz, Daniele | ) IN PROCEEDINGS UNDER CHAPTER 7 |
| Debtor(s) | ) NOTICE OF UNCLAIMED FUNDS |

TO:     Clerk, United States Bankruptcy Court

FROM:   William A. Leonard, Jr., Trustee

Pursuant to Bankruptcy Rule 3010 and 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy court, and shall be withdrawn as provided in Chapter 129 Title 28, 2042.

| Claim # | Claimant & Claimant's Address | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 10 | Dept of Treasury IRS<br>55 N Robinson Stop 5025<br>Oklahoma City Ok 73102 | | $ 5,168.38 |
| 6 | Wells Fargo Bank<br>Po Box 53476 Mac S4018-015<br>Phoenix AZ 85072 | | $ 5,125.05 |
| 7 | Dillard national Bank<br>Po Box 52051<br>Phoenix AZ 85072 | | $ 319.64 |
| 10 | Dept of Treasury IRS<br>55 N Robinson Stop 5025<br>Oklahoma City Ok 73102 | | $ 464.63 |
| | Sub-Totals | $ 0.00 | $ 11,077.70 |
| | Total check | | $ 11,077.70 |

Date:   October 19, 2011

_____
Trustee William A. Leonard, Jr.

rcpt # 205170     $ 11,077.70